IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BONNIE GRANT,<br><br>    Plaintiff,<br><br>v.<br><br>THE PHILADELPHIA EAGLES LLC,<br><br>    Defendant. | CIVIL ACTION<br><br>No. 09-1222 |

## ORDER

AND NOW, this 24th day of June, 2009, upon consideration of Defendant's Motion to Dismiss Compelling Arbitration (Doc. No. 5), and the responses and reply thereto, it is hereby **ORDERED** that said Motion is **GRANTED**.

                   BY THE COURT:

                   */s/ Robert F. Kelly*
                   ROBERT F. KELLY
                   SENIOR JUDGE